## R. F. SWANZY v. THE STATE.

No. 14019. Delivered February 25, 1931.

The opinion states the case.

*Adams & Hamilton,* of Jasper, for appellant.

*Lloyd W. Davidson,* State's Attorney, of Austin, for the State.

MORROW, PRESIDING JUDGE.—The offense is aggravated assault; penalty assessed at a fine of $250.00.

The indictment is regular. There is no statement of facts. No fundamental error has been perceived.

In a bill of exception complaint is made of the charge on assault with intent to murder. The jury having acquitted the appellant of that offense, the question passes out of the case.

The judgment is affirmed.

*Affirmed.*